## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:21-cr-190 SEP |
| ) | |
| RAYMOND COOPER, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Stephen R. Welby (Doc. [117]).  On March 1, 2023, Defendant filed a pro se motion titled "Pro Se Motion Objections Under Rule 12(b)(2)" (Doc. [106]), and on March 10, 2023, Defendant filed another pro se motion titled "Pro Se Motion to Challenge Jurisdiction" (Doc. [107]).  On April 2, 2023, Defendant's counsel filed a Motion to Dismiss Indictment/Counts and Challenge Jurisdiction (Doc. [113]) in which he also asked to withdraw Defendant's pro se motions.  The Government filed its response on April 12, 2023 (Doc. [114]), and this Court referred the matter back to Magistrate Judge Welby pursuant to 28 U.S.C. § 636(b) for consideration of the newly filed motion to dismiss (Doc. [115]).

On May 2, 2023, Judge Welby filed an R&R recommending that the Court deny the Motion to Dismiss Indictment/Counts and Challenge Jurisdiction (Doc. [113]) and grant leave to withdraw the Defendant's pro se motions (Docs. [106] and [107]).  Judge Welby further recommends that the Court deny all requests set forth in Defendant's *pro se* filings in this matter. Defendant objects to the R&R by raising the same arguments made before Judge Welby.  *See* Doc. [117].  After de novo review of all filings related to this matter, this Court agrees with Judge Welby's well-reasoned R&R and adopts it in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. [117]) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that leave to withdraw Defendant Raymond Cooper's *pro se* motions (Docs. [106] and [107]) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Challenge Jurisdiction and Dismiss Indictment (Doc. [113]) is **DENIED**.

**IT IS FURTHER ORDERED** that all requests set forth in Defendant Raymond Cooper's pro se filings are **DENIED**.   Defendant's counsel remains free to file any motions he believes to be timely and meritorious.

**IT IS FINALLY ORDERED** that the Jury Trial in this matter is set for **August 7, 2023, at 9:00 a.m. in Courtroom 16N.**

Dated this 9th day of June 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE